**SEE CHANGES BY THE COURT IN RED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNNIA MENDEZ, on behalf of herself and others similarly situated,<br>Plaintiff,<br>vs.<br>GARFIELD BEACH CVS, L.L.C.; 1085 GARFIELD BEACH CVS, L.L.C.; CVS PHARMACY, INC.; and DOES 1 to 100, inclusive,<br>Defendants. | Case No. 2:26-cv-07761-ODW-SSC<br>Hon. Otis D. Wright<br>**ORDER** |

# ORDER

Having received the Parties' Joint Stipulation to Arbitrate and good cause shown, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's individual claims shall be resolved via final and binding arbitration pursuant to the terms of her arbitration agreement;
2. Plaintiff's putative class action claims shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);
3. This action shall be **STAYED** pending resolution of arbitration of Plaintiff's individual claims;
4. All case deadlines and scheduled hearings in this action are hereby vacated;
5. **Beginning DECEMBER 14, 2026**, the parties shall file joint status reports **every ninety (90) days** regarding the status of their arbitration;
6. The Court retains jurisdiction to confirm, vacate, or otherwise review any arbitral award pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 et seq.; and
7. By entering into this Stipulation, the Parties do not waive any rights, claims, remedies or defenses to the merits of Plaintiff's underlying claims in the Complaint or in any future arbitration proceeding.

Dated: _September 28, 2026_________

Hon. Otis D. Wright
United States District Judge